**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Paul Terry,<br><br>  Defendant. | No. CR 04-0983-PHX-DGC<br><br>**ORDER** |

Pursuant to the Defendant's Motion filed herein, and good cause appearing,

IT IS ORDERED continuing the Settlement Conference in this case from April 27, 2006, at 9:30 a.m. to May 5, 2006, at 9:30 a.m.

No excludable delay shall occur as a result of this order.

DATED this 20th day of April, 2006.

David K. Duncan
United States Magistrate Judge